# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

FILED
U.S. EASTERN ... ARKANSAS

JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
VS. )
FRED A. GREEN )
)
)

CASE NO. 4:06CR00093-01 JMM

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit or testimony of Defendant, Fred A. Green, concerning his/her financial ability to employ counsel, the Court finds as follows:

_____ Defendant is entitled to counsel, but cannot afford to hire a private lawyer; so the Federal Public Defender is appointed to represent Defendant in all further proceedings herein; OR

_____ Defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support; therefore the Federal Public Defender is appointed herein, but Defendant shall reimburse the Government for the cost of providing representation, commensurate with Defendant's ability to pay as directed by further order of the Court; OR

**X** Defendant is not eligible for appointment of counsel under 18 U.S.C. § 3006A, but he/she is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose.

The Court notes the appearance of Jerome Kearney, Assistant Federal Public Defender, to represent Defendant.

Dated this 19th day of September, 20 06.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender
Clerk (file)
U.S. Attorney
Defendant