**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

v.   No. 4:13CV00704
         4:06CR00093

**FRED GREEN**

**ORDER**

Pending is Petitioner's Notice of Appeal [Docket No. 157] and, by Administrative entry, Motion for Certificate of Appealability. In order for this Court to grant a Certificate of Appealability, the petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Tiedeman v. Benson*, 122 F.3d 518 (8th Cir. 1997). A "substantial showing" is one in which a petitioner demonstrates that his "issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are 'adequate to deserve encouragement to proceed further.'" *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)(discussing necessary showing under previous law dealing with certificates of probable cause).

For the reasons explained in the Court's Order dated April 10, 2014 [Docket No. 155], Petitioner has failed to make a substantial showing of the denial of a constitutional right. Accordingly, the Motion for Certificate of Appealability [Administrative entry on April 22, 2014] is denied.

IT IS SO ORDERED on this $22^{th}$ day of April, 2014.

_____
James M. Moody Jr.
United States District Judge